

WILLIAMS ADVANCED MATERIALS, INC., Plaintiff–Appellant,

v.

TARGET TECHNOLOGY COMPANY, LLC, Defendant–Appellee.

No. 04–1602.

United States Court of Appeals, Federal Circuit.

Aug. 3, 2005.

Before MICHEL, Chief Judge, SCHALL and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

NMB SINGAPORE LTD. and Pelmec Industries (PTE) Ltd., Plaintiffs,

and

NSK–RHP Europe Ltd., RHP Bearings Ltd., and NSK Bearings Europe Ltd., Plaintiffs–Appellants,

and

SKF USA Inc., SKF Industrie S.P.A., SKF France S.A., Sarma, SKF Gmbh, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Bower Corporation, NTN Driveshaft Incorporated, NTN–BCA Corporation, NTN Corporation, the Barden Corporation (U.K.) Limited, the Barden Corporation, FAG Italia S.P.A., FAG Kugelfischer Georg Schafer AG, and FAG Bearings Corporation, Plaintiffs,

v.

UNITED STATES, Defendant–Appellee,

and

Timken U.S. Corporation, Defendant–Appellee.

No. 05–1019.

United States Court of Appeals, Federal Circuit.

Aug. 3, 2005.

Before RADER, BRYSON, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**MINUTEMAN INTERNATIONAL, INC., Plaintiff–Appellant,**

v.

**NILFISK–ADVANCE A/S and Nilfisk–Advance, Inc., Defendants–Appellees.**

No. 05–1068.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2005.

Before MICHEL, Chief Judge, SCHALL and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Mason B. BROWN, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 05–3151.

United States Court of Appeals, Federal Circuit.

Aug. 5, 2005.

Before MICHEL, Chief Judge, RADER and LINN, Circuit Judges.

PER CURIAM.

Mason B. Brown ("Brown") petitions for review of the decision of the Merit Systems Protection Board ("Board") dismissing his appeal of his removal without prejudice pending the outcome of a criminal investigation into his conduct that precipitated his removal. *Brown v. Dep't of the Treasury,* No. AT–0752–04–0289–I–1, 98 M.S.P.R. 167 (M.S.P.B. Jan. 27, 2005) (*"Initial Decision"*). The full Board denied his petition for review, and the *Initial Decision* became the final decision of the Board. Because Brown has not shown